**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ELIZABETH GREISZ, CHARLES GREISZ,

                Plaintiff,

-vs-                                            Case No.  2:11-cv-283-FtM-36SPC

BANK OF AMERICA, N.A., UNKNOWN
DEFENDANTS,

                Defendants.
_____

**ORDER**

       This matter comes before the Court on the Defendant Bank of America's Motion for Enlargement of Time to File Stipulation Selecting Mediator  (Doc. #23) filed on July 26, 2011.  The Parties were to have selected a Mediator on or before July 26, 2011.  However, to date the Parties have been unable to settle on a mediator and now move the Court to enlarge the deadline to August 5, 2011. Pursuant to M.D. Fla. Local Rule 3.01(g), the Defendant conferred with the Plaintiff who does not oppose the requested relief.

       Accordingly, it is now

       **ORDERED:**

       The Defendant Bank of America's Motion for Enlargement of Time to File Stipulation Selecting Mediator  (Doc. #23) is **GRANTED**.

       (1)The Parties have up to and including **August 5, 2011**, to select a mediator.

(2) The Parties will file a written Notice with the Court on or before **August 6, 2011**, that a mediator has been agreed upon and selected.

**DONE AND ORDERED** at Fort Myers, Florida, this   27th   day of July, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE


Copies: All Parties of Record