## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ELIZABETH GREISZ, CHARLES GREISZ,

        Plaintiff,

-vs-                              Case No.  2:11-cv-283-FtM-36SPC

BANK OF AMERICA, N.A., UNKNOWN DEFENDANTS,

        Defendants.

_____

## ORDER

This matter comes before the Court on the Plaintiff's Counsel's J. Randolph Liebler's Motion to Remove Name from Electronic Contact List (Doc. #32) filed on August 16, 2011.  The Plaintiff's Counsel moves the Court to remove Brendan I. Herbert, Esq. From the Court's electronic filing and notification list in regards to this case.  As grounds, the Plaintiff's Counsel states the Atty. Herbert is no longer associated with the law firm of Liebler, Gonzalez & Portuondo, P.A., and that he no longer represents the Plaintiff in this case and has not been involved in this action since July 22, 2011.  The Court finds good cause to grant the Motion and remove Atty. Herbert from the electronic mailing/notification  list in this case.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Counsel's J. Randolph Liebler's Motion to Remove Name from Electronic Contact List  (Doc. #32) is **GRANTED**.

(1) The Clerk fo the Court is directed to remove Attorney Brendan I. Herbert, Esq., from all

further notifications in this case.

(2) All filings and Court notices should continue to be directed to J. Randolph Liebler, Esquire, Liebler, Gonzalez & Portuondo, P.A., Courthouse Tower - 25th FL, 44 West Flagler Street, Miami, FL 33130.

(3) Attorney Brendan I. Herbert, Esq. is removed from all further responsibility in this case.

**DONE AND ORDERED** at Fort Myers, Florida, this __17th__ day of August, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record