UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELIZABETH GREISZ, CHARLES GREISZ,

           Plaintiff,

-vs-                                    Case No. 2:11-cv-283-FtM-36SPC

BANK OF AMERICA, N.A., UNKNOWN DEFENDANTS,

           Defendants.
_____

## ORDER

This matter comes before the Court on the Plaintiffs, Elizabeth and Charles Greisz and the Defendant, Bank of America's Motion for the Court to Select a Mediator (Doc. #26) filed on August 4, 2011. The Parties state that they could not agree on a mediator to mediate this action and move the Court to appoint a mediator on their behalf. On August 9, 2011, the Court deferred ruling on the Motion and directed the Parties to submit a list of mediators for the Court to review and make an appointment. On August 12, 2011, both Parties filed their proposed mediators for this case. Attorney Lynn Cole of Tampa, Florida was selected by both Parties as a suitable choice to mediate the case. Attorney Cole is certified to mediate cases within the Middle District of Florida. Therefore, the Parties having agreed and Attorney Cole being certified within the Middle District, the Court will appoint her to mediate the case.

Accordingly, it is now

**ORDERED:**

The Plaintiffs, Elizabeth and Charles Greisz and the Defendant, Bank of America's Motion for the Court to Select a Mediator (Doc. #26) is **GRANTED.**

(1) **Attorney Lynn H. Cole**, Law Offices of Lynn Cole, 301 W. Platt St. Ste 409, Tampa, FL 33606, is hereby Appointed as Mediator, in order to mediate this litigation.

(2) The Plaintiffs, Elizabeth and Charles Greisz, and the Defendant, Bank of America, shall confer and set a suitable date, time, and location with Attorney Lynn H. Cole for the mediation of this case in compliance with the deadlines and requirements of this Court's Case Management and Scheduling Order.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of August, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record